**Order filed September 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00528-CV
_____

**RICHARD KAMINSKI, Appellant**

**V.**

**TTS LOGISTICS, INC. A CALIFORNIA CORPORATION, Appellee**

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2019-18509**

## O R D E R

Appellant's brief was due September 4, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 4, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, Zimmerer.